LORI A. BOWMAN, State Bar No. 114664
lori.bowman@ogletreedeakins.com
DAVID J. FISHMAN, State Bar No. 217608
david.fishman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendant
NORTHWEST AIRLINES, INC.

ARKADY ITKIN, State Bar No. 253194
THE LAW OFFICE OF ARKADY ITKIN
335 Powell Street, 14th Floor
San Francisco, CA   94102
Telephone:   (415) 640-6765
Facsimile:    (415) 508-3474

Attorneys for Plaintiff
JESSE VELEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VELEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC. and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. 09-CV-00874 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>Trial Date:   None |

CASE NO. 09-CV-00874 WHA
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

7181176_1.DOC

1  WHEREAS, on or about August 6, 2006, a civil complaint was filed by plaintiff
2  Jesse Velez (hereinafter referred to as "Plaintiff") against defendants Northwest Airlines,
3  Inc. ("Northwest" or "Defendant"), in the Superior Court of California, for the County of
4  Alameda, Case No. RG06282125;

5  WHEREAS, on or about March 2, 2009, following the lifting of a bankruptcy stay,
6  Northwest removed this case to the United States District Court for the Northern District of
7  California (09-CV-00874 WHA);

8  WHEREAS, counsel for Plaintiff and Defendant have mediated this action and have
9  agreed to resolve this dispute in its entirety; and

10  WHEREAS, the parties also have agreed to bear their own costs and attorneys' fees
11  in connection with this civil complaint except as otherwise set forth in the stipulation of
12  settlement.

13  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff
14  and Defendant, through their designated counsel, that this case be dismissed in its entirety,
15  with prejudice, against all defendants pursuant to F.R.C.P., Rule 41(a)(1), and that each
16  party shall bear its own costs and attorneys' fees.

DATED: April 13, 2009        OGLETREE, DEAKINS, NASH, SMOAK &
                             STEWART, P.C.

                             By: _____
                                 Linda S. Goldman
                             Attorneys for Defendant
                             NORTHWEST AIRLINES, INC.

DATED: April 12, 2009        LAW OFFICES OF ARKADY ITKIN

                             By: _____
                                 Arkady Itkin
                             Attorneys for Plaintiff
                             JESSE VELEZ

1                                              CASE NO. 09-CV-00874 WHA
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties, through their designated counsel, have agreed to dismiss the above-referenced case in its entirety as to all parties, with prejudice, pursuant to F.R.C.P., Rule 41(a)(1), and that each party shall bear its own costs and attorneys' fees.

DATED: April 16, 2009

_____
Hon. William Alsup
United States District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]